1  BRUCE D. GOLDSTEIN, State Bar No. 135970
   County Counsel
2  ANNE L. KECK, State Bar No. 136315
   Deputy County Counsel
3  Office of the Sonoma County Counsel
   575 Administration Drive, Room 105A
4  Santa Rosa, CA 95403-2815
   Telephone: (707) 565-2421
5  Facsimile: (707) 565-2624
   E-mail: anne.keck@sonoma-county.org
6

7  Attorneys for Defendant Sonoma
   County Sheriff Steve Freitas
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 LUIS M. RODRIGUEZ,                    Case No. cv-13-0551

12         Plaintiff,
                                         **STIPULATION REQUESTING ENTRY OF
13     v.                                AN ORDER EXTENDING THE TIME FOR
                                         DEFENDANT SONOMA COUNTY SHERIFF
14 TIMOTHY AITKEN, et al.,               TO RESPOND TO THE COMPLAINT;
                                         PROPOSED ORDER**
15         Defendants.

16 _____/

17         This stipulation and request for entry of an order is entered into by and between Plaintiff Luis

18 M. Rodriguez ("Plaintiff") and Defendant Sonoma County Sheriff Steve Freitas (the "Sheriff"), for

19 the purpose of extending the time for the Sheriff to respond to the Complaint.  Other named

20 defendants are not parties to this stipulation.  The terms and provisions of this stipulation and request

21 for an order are set forth below.

22                                    **RECITALS**

23     A.    Plaintiff filed his Complaint for Damages herein on February 7, 2013, seeking

24 damages related to the issuance and enforcement of an immigration detainer against him.  Plaintiff

25 effectuated service of the Complaint on the Sheriff on or about February 14, 2013.  As of the date of

26 this stipulation, no defendant has yet filed a response to the Complaint.

27

28 STIPULATION EXTENDING TIME FOR
   SONOMA COUNTY SHERIFF TO RESPOND
   TO COMPLAINT; PROPOSED ORDER             1                              CV-13-0551

  B. Pursuant to federal rules, the Sheriff's response to the Complaint is due on or about March 7, 2013.  The Sheriff intends to file a motion to dismiss in response to the Complaint, and has so informed Plaintiff's counsel.

  C. Scheduling conflicts render it difficult for the Sheriff's counsel to meet the current deadline for filing a motion to dismiss in response to the Complaint.  Plaintiff's counsel have agreed to Sheriff's counsel's request to extend the date on which a response is due to the Complaint to March 21, 2013.  This extension of time will not interfere with any other dates that have been set in this matter.

  WHEREFORE, the parties to this stipulation hereby agree and request entry of a court order as follows:

## STIPULATION

  1. Defendant Sonoma County Sheriff Steve Freitas shall have through and including March 21, 2013, to file a response to the Complaint.

  2. This stipulation does not prevent or preclude the parties from seeking additional relief from this Court, to amend this stipulation and order or otherwise.

               Respectfully submitted,

Dated: March 1, 2013         BRUCE D. GOLDSTEIN, County Counsel

               By: /s/ Anne L. Keck
               ANNE L. KECK
               Deputy County Counsel
               Attorneys for Defendant Sonoma County
               Sheriff Steve Freitas

Dated: March 1, 2013         LAW OFFICE OF RICHARD L. COSHNEAR

               By: /s/ Richard L. Coshnear
               RICHARD L. COSHNEAR
               Attorney for Plaintiff

# [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that Defendant Sonoma County Sheriff Steve Freitas shall have through and including March 21, 2013, to file a response to the Complaint.

Dated: 03/12/2013

_____
UNITED STATES DISTRICT COURT JUDGE



Judge Samuel Conti