1   BRUCE D. GOLDSTEIN, State Bar No. 135970
    County Counsel
2   ANNE L. KECK, State Bar No. 136315
    Deputy County Counsel
3   Office of the Sonoma County Counsel
    575 Administration Drive, Room 105A
4   Santa Rosa, CA 95403-2815
    Telephone: (707) 565-2421
5   Facsimile: (707) 565-2624
    E-mail: anne.keck@sonoma-county.org
6

7   Attorneys for Defendant Sonoma
    County Sheriff Steve Freitas
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11  LUIS M. RODRIGUEZ,                    Case No. cv-13-0551

12          Plaintiff,

13     v.                                **STIPULATION REQUESTING ENTRY OF
                                          AN ORDER EXTENDING THE TIME FOR
                                          DEFENDANT SONOMA COUNTY SHERIFF**
14  TIMOTHY AITKEN, et al.,               **TO RESPOND TO THE COMPLAINT;
                                          PROPOSED ORDER**
15          Defendants.

16  _____/

17          This stipulation and request for entry of an order is entered into by and between Plaintiff Luis

18  M. Rodriguez ("Plaintiff") and Defendant Sonoma County Sheriff Steve Freitas (the "Sheriff"), for

19  the purpose of extending the time for the Sheriff to respond to the Complaint.  Other named

20  defendants are not parties to this stipulation.  The terms and provisions of this stipulation and request

21  for an order are set forth below.

22                          **RECITALS**

23          A.      Plaintiff filed his Complaint for Damages herein on February 7, 2013, seeking

24  damages related to the issuance and enforcement of an immigration detainer against him.  Plaintiff

25  effectuated service of the Complaint on the Sheriff on or about February 14, 2013.  As of the date of

26  this stipulation, no defendant has yet filed a response to the Complaint.

27

28

1       B.     Pursuant to federal rules, the Sheriff's response to the Complaint is due on or about

2   March 7, 2013.  The Sheriff intends to file a motion to dismiss in response to the Complaint, and has

3   so informed Plaintiff's counsel.

4       C.     Scheduling conflicts render it difficult for the Sheriff's counsel to meet the current

5   deadline for filing a motion to dismiss in response to the Complaint.  Plaintiff's counsel have agreed

6   to Sheriff's counsel's request to extend the date on which a response is due to the Complaint to

7   March 21, 2013.  This extension of time will not interfere with any other dates that have been set in

8   this matter.

9       WHEREFORE, the parties to this stipulation hereby agree and request entry of a court order

10   as follows:

11   **STIPULATION**

12       1.     Defendant Sonoma County Sheriff Steve Freitas shall have through and including

13   March 21, 2013, to file a response to the Complaint.

14       2.     This stipulation does not prevent or preclude the parties from seeking additional relief

15   from this Court, to amend this stipulation and order or otherwise.

16                       Respectfully submitted,

17   Dated: March 1, 2013           BRUCE D. GOLDSTEIN, County Counsel

18                       By: _/s/ Anne L. Keck_____
                    ANNE L. KECK

19                       Deputy County Counsel
                    Attorneys for Defendant Sonoma County

20                       Sheriff Steve Freitas

21

22   Dated: March 1, 2013           LAW OFFICE OF RICHARD L. COSHNEAR

23                       By: _/s/ Richard L. Coshnear____
                    RICHARD L. COSHNEAR

24                       Attorney for Plaintiff

25

26

27

28

**[~~PROPOSED~~] ORDER**

Pursuant to the foregoing stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that Defendant Sonoma County Sheriff Steve Freitas shall have through and including March 21, 2013, to file a response to the Complaint.

Dated: _____ 03/12/2013



_____
UNITED STATES DISTRICT COURT JUDGE